**ORIGINAL**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>KATY ESQUIVEL  SBN 0158484<br>KATY KOESTNER ESQUIVEL<br>5395 PARK CENTRAL CRT<br>NAPLES FL 34109<br>239-513-9191<br>ATTORNEY FOR Plaintiff | FOR COURT USE ONLY<br>FILED<br>2008 MAR -4  P 4:12<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>N.D. DIST. OF CA. |
|---|---|
| District Court<br>Northern District, San Jose<br>280 S First St #2112<br>San Jose CA 95113 | |
| PLAINTIFF/PETITIONER:  NATURAL SELECTION FOODS, LLC dba EA<br>DEFENDANT/RESPONDENT:  FARMERS PROCESSING, INC., and RAYMO | CASE NUMBER:<br>0801069 |
| PROOF OF SERVICE OF SUMMONS | Ref No. or File No.:<br>Farmers Processing 2 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   CIVIL CASE COVER SHEET
   SUMMONS IN A CIVIL CASE
   ORDER
   COMPLAINT

3a. Party served:

   RAY RODRIGUEZ

4. Address where party was served:

   274 KEARNEY STREET
   WATSONVILLE CA 95076

5. I served the party
   b. By substituted service. On: 03/03/08 at: 2:30 PM  I left the documents listed in item 2 with or in the presence of:

   JANE DOE (GRACE)
   Age: 45-55 Ht: 5-5 5" Wt: 125-160 Hr: BROWN Race: H Sx: F
   OFFICE MANAGER

   (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., Section 415.20). I mailed the documents on

CONTINUED ON THE NEXT PAGE

Form Adopted for Mandatory Use
Judicial District of California POS-010
[Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

Invoice No.: 612981

| PLAINTIFF/PETITIONER: | NATURAL SELECTION FOODS, LLC dba EA | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | FARMERS PROCESSING, INC., and RAYMO | 0801069 |

A DECLARATION OF MAILING IS ATTACHED.

(5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. as an individual defendant.

7. Person who served papers
   a. Name:   CHARLES LINCOLN
   b. Address:  1199 MONTEREY PASS RD  MONTEREY PARK, CA 91754
   c. Telephone Number:  323-526-7300
   d. The fee for service was: $129.50
   e. I am:
      (3) [ X ] registered California process server:
         (i) [ X ]  Independent contractor
         (ii) Registration No.: 112     Expires:
         (iii) County: MONTEREY

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

03/04/08

CHARLES LINCOLN

RAPID LEGAL INC. LOS ANGELES CO. REG # 1107, EXPIRES 02-27-09

Form Adopted for Mandatory Use
Judicial Council of California 982.9(a)(10)
(Rev. January 1, 2007)

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

Invoice No.: 612961

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| KATY ESQUIVEL  SBN 0159484<br>KATY KOESTNER ESQUIVEL<br>5395 PARK CENTRAL CRT<br>NAPLES FL 34109 | 239-513-9191 | |
| | Ref. No. or File No. | |
| ATTORNEY FOR  Plaintiff | Farmers Processing 2 | |

Insert name of court and name of judicial district and branch if any.

District Court Northern District, San Jose
280 S First St #2112 San Jose CA 95113

SHORT TITLE OF CASE:
NATURAL SELECTION FOODS, LLC dba EA v FARMERS PROCESSING, INC., and RAYMO

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 612961 | | | | 0801069 |

## DECLARATION OF REASONABLE DILIGENCE

PERSON TO SERVE: RAY RODRIGUEZ

DOCUMENTS RECEIVED:

CIVIL CASE COVER SHEET
SUMMONS IN A CIVIL CASE
ORDER
COMPLAINT

I DECLARE THE FOLLOWING ATTEMPTS WERE MADE TO EFFECT PERSONAL SERVICE:

At the business address: 274 KEARNEY STREET
                        WATSONVILLE CA 95076
02/29/08 11:25 AM  SUBJECT NOT IN
03/01/08 11:15 am  NOT IN
03/03/08 2:29 PM   SUBJECT NOT IN
03/03/08           SUB-SERVE OFFICE MANAGER

PERSON ATTEMPTING SERVICE: CHARLES LINCOLN

RAPID LEGAL INC
1199 MONTEREY PASS RD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d. Registered California process server
(1) [ ] Employee or [ X ] Independent Contractor
(2) Registration No. 112
(3) County: MONTEREY
(4) Expiration:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 03/04/08

SIGNATURE

**ORIGINAL**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| KATY ESQUIVEL  SBN 0159484<br>KATY KOESTNER ESQUIVEL<br>5395 PARK CENTRAL CRT<br>NAPLES FL 34109 | 239-513-9191 | |
| ATTORNEY FOR   Plaintiff | Ref. No. or File No.<br>Farmers Processing 2 | |

Insert name of court and name of judicial district and branch if any.

District Court Northern District, San Jose
280 S First St #2112 San Jose CA 95113

SHORT TITLE OF CASE:
NATURAL SELECTION FOODS, LLC dba EA v FARMERS PROCESSING, INC., and RAYMO

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 612961 | | | | 0801069 |

## PROOF OF SERVICE BY MAIL

I AM A CITIZEN OF THE UNITED STATES AND EMPLOYED IN THE COUNTY OF LOS ANGELES STATE OF CALIFORNIA. I AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION.
ON 03/04/08 AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20(a) OR 415.20(b)

C.C.P., WAS MADE, I SERVED THE WITHIN:

CIVIL CASE COVER SHEET
SUMMONS IN A CIVIL CASE
ORDER
COMPLAINT

ON THE DEFENDANT, IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PRE-PAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT:   SAN JOSE          , CALIFORNIA,   ADDRESSED AS FOLLOWS:

RAY RODRIGUEZ

274 KEARNEY STREET
WATSONVILLE CA 95076

DECLARANT: KATHYRN PAZ

RAPID LEGAL INC
1199 MONTEREY PASS RD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d.  Registered California process server
(1) [ X ] Employee or [   ] Independent Contractor
(2) Registration No. 1127
(3) County: SANTA CLARA
(4) Expiration:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 03/04/08

SIGNATURE