| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>KATY ESQUIVEL SBN 0159464<br>KATY KOESTNER ESQUIVEL<br>8395 PARK CENTRAL CRT<br>NAPLES FL 34109<br>239-513-9191<br>ATTORNEY FOR Plaintiff | POS-010<br>FILED FOR COURT USE ONLY<br><br>2008 MAR -4  P 4:12<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST OF CA. S.J |
|---|---|
| District Court<br>Northern District, San Jose<br>280 S First St #2112<br>San Jose CA 95113 | |
| PLAINTIFF/PETITIONER: NATURAL SELECTION FOODS, LLC dba EA | CASE NUMBER:<br>0801069 |
| DEFENDANT/RESPONDENT: FARMERS PROCESSING, INC., and RAYMO | |
| PROOF OF SERVICE OF SUMMONS | Ref No. or File No.:<br>Farmers Processing 2 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   CIVIL CASE COVER SHEET
   SUMMONS IN A CIVIL CASE
   ORDER
   COMPLAINT

3a. Party served:

   FARMERS PROCESSING, INC
   BY SERVING RAY RODRIGUEZ (AGENT FOR SERVICE)

4. Address where party was served:

   274 KEARNEY STREET
   WATSONVILLE CA 95076

5. I served the party
   b. By substituted service. On: 02/29/08 at: 11:25 AM I left the documents listed in item 2 with or in the presence of:

   LAURIE LORRISE

   RECEPTIOIST

   (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left

CONTINUED ON THE NEXT PAGE

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

Invoice No.: 612975

BY FAX

| PLAINTIFF/PETITIONER: | NATURAL SELECTION FOODS, LLC dba EA | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | FARMERS PROCESSING, INC., and RAYMO | 0801069 |

(Code Civ. Proc., Section 415.20). I mailed the documents on

A DECLARATION OF MAILING IS ATTACHED.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  d. On behalf of:

  FARMERS PROCESSING, INC
  BY SERVING RAY RODRIGUEZ (AGENT FOR SERVICE)

  under the following Code of Civil Procedure section:

  416.10 (corporation)

7. Person who served papers
   a. Name: CHARLES LINCOLN
   b. Address: 1199 MONTEREY PASS RD  MONTEREY PARK, CA 91754
   c. Telephone Number: 323-526-7300
   d. The fee for service was: $129.50
   e. I am:
      (3) [X] registered California process server:
        (i) [X] Independent contractor
        (ii) Registration No.: 112    Expires:
        (iii) County: MONTEREY

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

03/03/08

CHARLES LINCOLN

RAPID LEGAL INC. LOS ANGELES CO. REG # 1107. EXPIRES 02-27-09

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

Invoice No.: 612975

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| KATY ESQUIVEL  SBN 0159484<br>KATY KOESTNER ESQUIVEL<br>5395 PARK CENTRAL CRT<br>NAPLES FL 34109 | 239-513-9191<br><br>Ref. No. or File No.<br>Farmers Processing 2 | |
| ATTORNEY FOR   Plaintiff | | |

Insert name of court and name of judicial district and branch if any.

District Court Northern District, San Jose
280 S First St #2112 San Jose CA 95113

SHORT TITLE OF CASE:
NATURAL SELECTION FOODS, LLC dba EA v FARMERS PROCESSING, INC., and RAYMO

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 612975 | | | | 0801069 |

## PROOF OF SERVICE BY MAIL

I AM A CITIZEN OF THE UNITED STATES AND EMPLOYED IN THE COUNTY OF LOS ANGELES STATE OF CALIFORNIA. I AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION.
ON 03/03/08 AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20(a) OR 415.20(b)

C.C.P., WAS MADE, I SERVED THE WITHIN:

CIVIL CASE COVER SHEET
SUMMONS IN A CIVIL CASE
ORDER
COMPLAINT


ON THE DEFENDANT, IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PRE-PAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT:   SAN JOSE   , CALIFORNIA,   ADDRESSED AS FOLLOWS:

FARMERS PROCESSING, INC
BY SERVING RAY RODRIGUEZ (AGENT FOR SERVICE)

274 KEARNEY STREET
WATSONVILLE CA 95076



DECLARANT: KATHYRN PAZ



RAPID LEGAL INC
1199 MONTEREY PASS RD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d.  Registered California process server
(1) [ X ] Employee or [   ] Independent Contractor
(2) Registration No. 1127
(3) County: SANTA CLARA
(4) Expiration:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 03/03/08

SIGNATURE: [signature]