| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| KATY ESQUIVEL   SBN 0159484<br>KATY KOESTNER ESQUIVEL<br>5395 PARK CENTRAL CRT<br>NAPLES FL 34109 | 239-513-9191<br><br>Ref. No. or File No.<br>Farmers Processing | FILED<br>MAR - 4 2008<br>Richard W. Wieking<br>Clerk, U.S. District Court<br>Northern District of California<br>San Jose |
| ATTORNEY FOR   Plaintiff | | |

Insert name of court and name of judicial district and branch if any.

District Court Northern District, San Jose
280 S First St #2112 San Jose CA 95113

SHORT TITLE OF CASE:

NATURAL SELECTION FOODS, LLC dba EA v FARMERS PROCESSING, INC., and RAYMO

| INVOICE NO.<br>612961 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>0801069 |
|---|---|---|---|---|

## PROOF OF SERVICE BY MAIL

I AM A CITIZEN OF THE UNITED STATES AND EMPLOYED IN THE COUNTY OF LOS ANGELES STATE OF CALIFORNIA. I AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION.
ON 03/04/08 AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20(a) OR 415.20(b)

C.C.P., WAS MADE, I SERVED THE WITHIN:

CIVIL CASE COVER SHEET
SUMMONS IN A CIVIL CASE
ORDER
COMPLAINT

ON THE DEFENDANT, IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PRE-PAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT:   SAN JOSE          , CALIFORNIA, ADDRESSED AS FOLLOWS:

RAY RODRIGUEZ

274 KEARNEY STREET
WATSONVILLE CA 95076


DECLARANT: KATHYRN PAZ


RAPID LEGAL INC
1199 MONTEREY PASS RD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d. Registered California process server
(1) [ X ] Employee or [  ] Independent Contractor
(2) Registration No. 1127
(3) County: SANTA CLARA
(4) Expiration:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 03/04/08                                     SIGNATURE  /s/ Kathyrn Paz