| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| KATY ESQUIVEL  SBN 0159484<br>KATY KOESTNER ESQUIVEL<br>3395 PARK CENTRAL CRT<br>NAPLES FL 34109 | 239-513-9191<br><br>Ref. No. or File No.<br>Farmers Processing 2 | FILED<br>MAR - 4 2008<br>Richard W. Wieking<br>Clerk, U.S. District Court<br>Northern District of California<br>San Jose |
| ATTORNEY FOR   Plaintiff | | |

Insert name of court and name of judicial district and branch if any.

District Court Northern District, San Jose
280 S First St #2112 San Jose CA 95113

SHORT TITLE OF CASE:
NATURAL SELECTION FOODS, LLC dba EA v FARMERS PROCESSING, INC., and RAYMO

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 612961 | | | | 0801069 |

## DECLARATION OF REASONABLE DILIGENCE

PERSON TO SERVE: RAY RODRIGUEZ

DOCUMENTS RECEIVED:

CIVIL CASE COVER SHEET
SUMMONS IN A CIVIL CASE
ORDER
COMPLAINT


I DECLARE THE FOLLOWING ATTEMPTS WERE MADE TO EFFECT PERSONAL SERVICE:

At the business address: 274 KEARNEY STREET
                        WATSONVILLE CA 95076
02/29/08 11:25 AM  SUBJECT NOT IN
03/01/08 11:15 am  NOT IN
03/03/08 2:29 PM   SUBJECT NOT IN
03/03/08           SUB-SERVE OFFICE MANAGER

PERSON ATTEMPTING SERVICE: CHARLES LINCOLN


RAPID LEGAL INC
1199 MONTEREY PASS RD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d.  Registered California process server
(1) [   ] Employee or [ X ] Independent Contractor
(2) Registration No. 112
(3) County: MONTEREY
(4) Expiration:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 03/04/08                      SIGNATURE