| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| KATY ESQUIVEL   SBN 0159484<br>KATY KOESTNER ESQUIVEL<br>5395 PARK CENTRAL CRT<br>NAPLES FL 34109 | 239-513-9191<br>Ref. No. or File No.<br>Farmers Processing 2 | **Filed**<br>MAR - 4 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |
| ATTORNEY FOR   Plaintiff | | |

Insert name of court and name of judicial district and branch if any:
District Court Northern District, San Jose
280 S First St #2112 San Jose CA 95113

SHORT TITLE OF CASE:
NATURAL SELECTION FOODS, LLC dba EA v FARMERS PROCESSING, INC., and RAYMO

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 612975 | | | | 0801069 |

## PROOF OF SERVICE BY MAIL

I AM A CITIZEN OF THE UNITED STATES AND EMPLOYED IN THE COUNTY OF LOS ANGELES STATE OF CALIFORNIA. I AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION.
ON 03/03/08 AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20(a) OR 415.20(b)
C.C.P., WAS MADE, I SERVED THE WITHIN:

CIVIL CASE COVER SHEET
SUMMONS IN A CIVIL CASE
ORDER
COMPLAINT

ON THE DEFENDANT, IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PRE-PAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT:   SAN JOSE            , CALIFORNIA,  ADDRESSED AS FOLLOWS:

FARMERS PROCESSING, INC
BY SERVING RAY RODRIGUEZ (AGENT FOR SERVICE)

274 KEARNEY STREET
WATSONVILLE CA 95076


DECLARANT: KATHYRN PAZ


RAPID LEGAL INC
1199 MONTEREY PASS RD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d. Registered California process server
(1) [ X ] Employee or [   ] Independent Contractor
(2) Registration No. 1127
(3) County: SANTA CLARA
(4) Expiration:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 03/03/08

SIGNATURE: [signature]