JOHN C. KIRKE, #175055
johnc@donahue.com
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California  94612-3570
P.O. Box 12979
Oakland, California  94604-2979
Telephone:      (510) 451-0544
Facsimile:      (510) 832-1486

Attorneys for Defendants
FARMERS PROCESSING, INC. and
RAYMOND RODRIGUEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATURAL SELECTION FOODS, LLC dba EARTHBOUND FARMS,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS PROCESSING, INC. and RAYMOND RODRIGUEZ,<br><br>Defendant. | CASE NO.  C 08 01069 HRL<br><br>CONSENT TO PROCEED BEFORE A <u>UNITED STATES MAGISTRATE JUDGE</u><br><br>Complaint Filed:    February 22, 2008<br>Trial Date:   None set |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C., Section 636(c), the undersigned parties in the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated:  June 3, 2008                    DONAHUE GALLAGHER WOODS LLP


By:_____/s/_____
      John C. Kirke
      Attorneys for Defendants
      FARMERS PROCESSING, INC. and RAY
      RODRIGUEZ

-1-