UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Natural Selection Foods, LLC,

       Plaintiff(s),

    v.

Farmers Processing, Inc.,

       Defendant(s).

No. C 08-01069 HRL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 03 June 2008

Signature: [signature: Kate Kestner Espinel]

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")