Lawrence H. Meuers, Esq. (SBN 197663)
Katy Koestner Esquivel, Esq.
**MEUERS LAW FIRM, P.L.**
5395 Park Central Court
Naples, FL 34109
Telephone: (239)513-9191
Facsimile: (239)513-9677
lmeuers@meuerslawfirm.com
kesquivel@meuerslawfirm.com

**Attorneys for Plaintiff**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NATURAL SELECTION FOODS, LLC dba EARTHBOUND FARMS,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS PROCESSING, INC., and RAYMOND RODRIGUEZ,<br><br>Defendants. | Case No.: 5:08-cv-01069-HRL |

**STIPULATION FOR JUDGMENT UNDER THE PERISHABLE
AGRICULTURAL COMMODITIES ACT (7 U.S.C. §499e)**

Plaintiff, Natural Selection Foods, LLC dba Earthbound Farms ("Natural Selection"), and Defendants, Farmers Processing, Inc. ("Farmers Processing") and Raymond Rodriguez ("Rodriguez"), jointly submit the following Stipulation For Judgment Under The Perishable Agricultural Commodities Act (7 U.S.C. §499e).

1.  On September 15, 2007, Farmers Processing purchased perishable agricultural commodities ("Produce") from Natural Selection in the total amount of $48,965.00.

2.  On or about February 22, 2008, a complaint was filed by Natural Selection to enforce its rights under the trust provisions of the Perishable Agricultural Commodities Act of 1930, as Amended, 7 U.S.C. §499e ("PACA") against Defendants.

3. In order to avoid the cost, expense and time involved in litigating the various claims asserted by Natural Selection against Defendants, Natural Selection has agreed to settle and compromise all claims asserted against Defendants Farmers Processing and Rodriguez.

IT IS HEREBY STIPULATED AND AGREED between Natural Selection and Defendants, Farmers Processing and Rodriguez, as follows:

A. The Parties stipulate to an Order for Judgment in the form attached as Exhibit "A" to resolve the instant action pursuant to a Settlement Agreement reached by the Parties.

B. The Parties stipulate that Natural Selection is a valid trust beneficiary of Farmers Processing under Section 5(c) of the PACA, 7 U.S.C. §499e(c), in the aggregate amount of $53,965.00, inclusive of interest and attorneys' fees as of the date of the Settlement Agreement, for violation of PACA by failing to maintain PACA trust assets and pay Natural Selection promptly under 7 U.S.C. §§499b(4) and (e)(c)(2). No other interest or fees will be added if the Settlement Agreement is completed.

C. The parties hereby stipulate that, upon full payment of all sums pursuant to the Settlement Agreement executed contemporaneously herewith, the Parties will file a Joint Stipulation for Dismissal of the instant case with prejudice.

D. The Parties stipulate that this case shall be administratively closed with the Court retaining complete jurisdiction to reopen this case and to enforce the terms of this Stipulation and the Settlement Agreement upon application by either party.

E. By signing this Stipulation below on behalf of the parties, the undersigned represent and warrant that they have all requisite authority to bind the parties to the terms of this Stipulation and Order.

F. This Stipulation may be executed in any number of counterparts with the same effect as if all signatories had signed the same document. All counterparts must be construed together to constitute one instrument.

1 | Stipulated by the Parties on Thursday, June 05, 2008.

2 | **DONAHUE GALLAGHER WOODS LLP**      **MEUERS LAW FIRM, P.L.**

4 |    /s/John C. Kirke                        /s/ Lawrence H. Meuers
John C. Kirke, Esq. (SBN 175055)         Lawrence H. Meuers, Esq. (SBN 197663)
300 Lakeside Drive                                    Katy Koestner Esquivel, Esq.
Suite 1900                                                   5395 Park Central Court
Oakland, CA 94612-3570                          Naples, FL 34109-5932
Telephone:   (510) 451-0544              Telephone:   (239)513-9191
Facsimile:    (510) 832-1486              Facsimile:    (239)513-9677
johnk@donahue.com                             lmeuers@meuerslawfirm.com
                                                                        kesquivel@meuerslawfirm.com

Attorneys for Defendants                      Attorneys for Plaintiff

Lawrence H. Meuers, Esq. (SBN 197663)
Katy Koestner Esquivel, Esq.
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239)513-9191
Facsimile: (239)513-9677
lmeuers@meuerslawfirm.com
kesquivel@meuerslawfirm.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NATURAL SELECTION FOODS, LLC dba EARTHBOUND FARMS,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS PROCESSING, INC., and RAYMOND RODRIGUEZ,<br><br>Defendants. | Case No.: 5:08-cv-01069-HRL |

## ORDER FOR JUDGMENT UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (7 U.S.C. § 499e)

This Court is presented with the parties' Stipulation for Judgment Under The Perishable Agricultural Commodities Act (7 U.S.C. §499e). After my review of the Stipulation, and being otherwise fully advised in the premises,

**IT IS ORDERED**:

A.    Natural Selection Foods, LLC dba Earthbound Farms is a valid trust beneficiary of Farmers Processing, Inc. in accordance with Section 5(c) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e(c), in the aggregate amount of $53,965.00, inclusive of interest and attorneys' fees as of the date of this Stipulation, for

1  violation of PACA by failing to maintain PACA trust assets and pay Eco Farms
2  promptly under 7 U.S.C. §§499b(4) and (e)(c)(2).
3     B.   Judgment is hereby entered in favor of Natural Selection Foods, LLC dba
4  Earthbound Farms and against Defendants, Farmers Processing, Inc. and Raymond Rodriguez,
5  jointly and severally, in the amount of $53,965.00, inclusive of interest and attorneys'
6  fees as of the date of this Order.
7     C.   Post-judgment interest shall accrue on the above amount at the current
8  post-judgment rate per annum pursuant to 28 U.S.C. §1961 from the date of the entry of
9  this Judgment until paid in full.
10    D.   This case shall be administratively closed, with this Court retaining
11 complete jurisdiction to reopen this case and to enforce the terms of the Stipulation and
12 the Settlement Agreement upon application by either party.
13    **DONE and ORDERED,** this ____ day of _____ at San Jose, California.
14
                                          _____
15                                        **United States District Judge**

16 Copies furnished to:

17 **DONAHUE GALLAGHER WOODS LLP**           **MEUERS LAW FIRM, P.L.**
   John C. Kirke, Esq. (SBN 175055)          Lawrence H. Meuers, Esq. (SBN 197663)
18 300 Lakeside Drive                        Katy Koestner Esquivel, Esq.
   Suite 1900                                5395 Park Central Court
19 Oakland, CA 94612-3570                    Naples, FL 34109-5932
   Telephone: (510) 451-0544                 Telephone: (239)513-9191
20 Facsimile: (510) 832-1486                 Facsimile: (239)513-9677
   johnk@donahue.com                         lmeuers@meuerslawfirm.com
21 Attorneys for Defendants                  kesquivel@meuerslawfirm.com
                                             Attorneys for Plaintiff
22
23
24
25
26
27