Lawrence H. Meuers, Esq. (SBN 197663)
Katy Koestner Esquivel, Esq.
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239)513-9191
Facsimile: (239)513-9677
lmeuers@meuerslawfirm.com
kesquivel@meuerslawfirm.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NATURAL SELECTION FOODS, LLC dba EARTHBOUND FARMS,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS PROCESSING, INC., and RAYMOND RODRIGUEZ,<br><br>Defendants. | Case No.: 5:08-cv-01069-HRL |

**ORDER FOR JUDGMENT UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (7 U.S.C. § 499e)**

This Court is presented with the parties' Stipulation for Judgment Under The Perishable Agricultural Commodities Act (7 U.S.C. §499e). After my review of the Stipulation, and being otherwise fully advised in the premises,

**IT IS ORDERED**:

A.  Natural Selection Foods, LLC dba Earthbound Farms is a valid trust beneficiary of Farmers Processing, Inc. in accordance with Section 5(c) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e(c), in the aggregate amount of $53,965.00, inclusive of interest and attorneys' fees as of the date of this Stipulation, for

1  violation of PACA by failing to maintain PACA trust assets and pay Eco Farms
2  promptly under 7 U.S.C. §§499b(4) and (e)(c)(2).
3       B.    Judgment is hereby entered in favor of Natural Selection Foods, LLC dba
4  Earthbound Farms and against Defendants, Farmers Processing, Inc. and Raymond Rodriguez,
5  jointly and severally, in the amount of $53,965.00, inclusive of interest and attorneys'
6  fees as of the date of this Order.
7       C.    Post-judgment interest shall accrue on the above amount at the current
8  post-judgment rate per annum pursuant to 28 U.S.C. §1961 from the date of the entry of
9  this Judgment until paid in full.
10      D.    This case shall be administratively closed, with this Court retaining
11 complete jurisdiction to reopen this case and to enforce the terms of the Stipulation and
12 the Settlement Agreement upon application by either party.
13      **DONE and ORDERED,** this __6__ day of __Jun_____ at San Jose, California.

_____
United States Magistrate Judge

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

John Kirke  johnk@donohue.com
Lawrence Meuers  lmeuers@meuerslawfirm.com
Katy Koestner Esquivel  kesquivel@meuerslawfirm.com

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing.

Date:  June 6, 2008                                 MPK
                                          Chambers of Magistrate Judge Howard R. Lloyd